United States District Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE F.[1] AND ANDREW FUENTES, Petitioner, v. KRISITI NOEM, *et al.*, *in their official capacities,* Respondents. | § § § § § § § § § § CIVIL ACTION NO. 1:25-cv-091 |

## ORDER SETTING TELEPHONIC CONFERENCE

On July 1, 2025, the Court appointed counsel for the Petitioner and entered an order requiring Respondents to file and serve an answer or other response addressing each of the issues raised in the petition. Dkt. No. 17. Respondents timely filed a Motion for Summary Judgment, arguing "Jose F. has remained in detention while ICE obtains the necessary travel documents and schedules his flight to another country where he is not likely to be tortured prior to the end of his removal period on September 13, 2025." Dkt. No. 23, p. 2; Dkt. No. 24, p.2. Pursuant to Local Rules 7.3 and 7.4, Petitioner's response deadline to the motion is August 22, 2025.

The Court **ORDERS** counsel of record to appear telephonically on **Wednesday, August 20, at 10:30 a.m.** to discuss the need for further briefing. The Court will provide counsel of record with the telephonic information prior to the conference via electronic mail.

Signed on August 7, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner's last names using only their first initial.