United States District Court
Southern District of Texas
**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE F.[1] AND ANDRES FUENTES, <br>   Petitioner, <br><br> v. <br><br> KRISITI NOEM, *et al.*, <br> *in their official capacities,* <br>   Respondents. | § § § § § § § § § § |

CIVIL ACTION NO. 1:25-cv-091

## ORDER CANCELING TELEPHONIC CONFERENCE AND STAYING RESPONSE DEADLINE

The Court set a telephonic conference for August 20, 2025, to discuss the need for further briefing and motion practice related to Respondent's Motion for Summary Judgment. Dkt. No. 25. However, in light of unforeseen mechanical difficulties, the Court hereby **CANCELS** the previously set telephonic conference. Upon resolution of the difficulties, the Court will issue a new order setting a telephonic conference.

Further, Petitioner's response deadline is **STAYED** until the Court can hold a telephonic conference wherein a new briefing schedule will be discussed.

Signed on August 19, 2025.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner's last names using only their first initial.