United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE F. AND ANDREW FUENTES, <br> "Petitioners," <br><br> v. <br><br> KRISTI NOEM, *et al.*, *in their official capacities*, <br> "Respondents." | Civil Action No. 1:25-cv-00091 |

# ORDER

Before the Court is the parties' "Stipulation of Dismissal" (Dkt. No. 38). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioners' claims against Respondents are **DISMISSED**. Respondents' "Motion for Summary Judgment" (Dkt. Nos. 23 & 24) and Petitioners' "Unopposed Motion to Dismiss" (Dkt. No. 37) are **DENIED** as moot. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on October 17, 2025.

_____
Rolando Olvera
United States District Judge